FILED

2022 DEC 19 PM 1:50

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
OCALA FL

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

Robert Lewis Morgan
*Petitioner*

v.

Warden Gunther, F.C.C. Coleman-Low
*Respondent*
*(name of warden or authorized person having custody of petitioner)*

Case No. T.B.A 5:22-CV-666-PGB-PRL
*(Supplied by Clerk of Court)*

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

### Personal Information

1. (a) Your full name: Robert Lewis Morgan
   (b) Other names you have used:
2. Place of confinement:
   (a) Name of institution: F.C.C. Coleman-Low
   (b) Address: P.O. Box 1031
   Coleman, Florida 33521
   (c) Your identification number: 13829-104
3. Are you currently being held on orders by:
   ☑ Federal authorities ☐ State authorities ☐ Other - explain:
4. Are you currently:
   ☐ A pretrial detainee (waiting for trial on criminal charges)
   ☑ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
   If you are currently serving a sentence, provide:
   (a) Name and location of court that sentenced you: Southern District Court of Florida, Miami Division
   (b) Docket number of criminal case: 16-cr-20652-RAR
   (c) Date of sentencing: 1/20/17
   ☐ Being held on an immigration charge
   ☐ Other *(explain)*:

### Decision or Action You Are Challenging

5. What are you challenging in this petition:
   ☑ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

© 2008 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

13829104

❑ Pretrial detention
❑ Immigration detention
❑ Detainer
❑ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)
❑ Disciplinary proceedings
❑ Other *(explain)*: ______

6. Provide more information about the decision or action you are challenging:

(a) Name and location of the agency or court: Southern District Court of Florida, Miami Division

(b) Docket number, case number, or opinion number: 16-cr-20652-RAR

(c) Decision or action you are challenging *(for disciplinary proceedings, specify the penalties imposed)*: I am challenging the execution of my ~~[illegible]~~ detention under the Fifth Amendment

(d) Date of the decision or action: 1/20/17

**Your Earlier Challenges of the Decision or Action**

7. **First appeal**

Did you appeal the decision, file a grievance, or seek an administrative remedy?
☑ Yes ❑ No

(a) If "Yes," provide:

(1) Name of the authority, agency, or court: Eleventh Circuit Court of Appeals

(2) Date of filing: April 2018

(3) Docket number, case number, or opinion number: 17-10582

(4) Result: Affirmed

(5) Date of result: October 24, 2017

(6) Issues raised: The 17-day delay in obtaining the warrant authorizing the search of my cellular phone was unreasonable.

(b) If you answered "No," explain why you did not appeal: ______

8. **Second appeal**

After the first appeal, did you file a second appeal to a higher authority, agency, or court?
❑ Yes ☑ No

© 2008 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.



(a) If "Yes," provide:

(1) Name of the authority, agency, or court:

(2) Date of filing:

(3) Docket number, case number, or opinion number:

(4) Result:

(5) Date of result:

(6) Issues raised:

(b) If you answered "No," explain why you did not file a second appeal:

9. **Third appeal**

After the second appeal, did you file a third appeal to a higher authority, agency, or court?

☐ Yes ☑ No

(a) If "Yes," provide:

(1) Name of the authority, agency, or court:

(2) Date of filing:

(3) Docket number, case number, or opinion number:

(4) Result:

(5) Date of result:

(6) Issues raised:

(b) If you answered "No," explain why you did not file a third appeal:

10. **Motion under 28 U.S.C. § 2255**

In this petition, are you challenging the validity of your conviction or sentence as imposed?

☐ Yes ☑ No

If "Yes," answer the following:

(a) Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?

☐ Yes ☐ No

© 2008 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

If "Yes," provide:
(1) Name of court:
(2) Case number:
(3) Date of filing:
(4) Result:
(5) Date of result:
(6) Issues raised:

(b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?

☐ Yes ☐ No

If "Yes," provide:
(1) Name of court:
(2) Case number:
(3) Date of filing:
(4) Result:
(5) Date of result:
(6) Issues raised:

(c) Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence:

11. Appeals of immigration proceedings

Does this case concern immigration proceedings?

☐ Yes ☑ No

If "Yes," provide:

(a) Date you were taken into immigration custody:
(b) Date of the removal or reinstatement order:
(c) Did you file an appeal with the Board of Immigration Appeals?

☐ Yes ☐ No

© 2008 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

If "Yes," provide:

(1) Date of filing: ______

(2) Case number: ______

(3) Result: ______

(4) Date of result: ______

(5) Issues raised: ______

(d) Did you appeal the decision to the United States Court of Appeals?

☐ Yes ☐ No

If "Yes," provide:

(1) Name of court: ______

(2) Date of filing: ______

(3) Case number: ______

(4) Result: ______

(5) Date of result: ______

(6) Issues raised: ______

12. **Other appeals**

Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?

☐ Yes ☑ No

If "Yes," provide:

(a) Kind of petition, motion, or application: ______

(b) Name of the authority, agency, or court: ______

(c) Date of filing: ______

(d) Docket number, case number, or opinion number: ______

(e) Result: ______

(f) Date of result: ______

(g) Issues raised: ______

© 2008 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

## Grounds for Your Challenge in This Petition

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

**GROUND ONE:** *See Attachment*

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

*See Attachment*

(b) Did you present Ground One in all appeals that were available to you?

☐ Yes ☑ No

**GROUND TWO:**

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

(b) Did you present Ground Two in all appeals that were available to you?

☐ Yes ☐ No

**GROUND THREE:**

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

(b) Did you present Ground Three in all appeals that were available to you?

☐ Yes ☐ No



© 2008 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

13829164

**GROUND FOUR:**

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

(b) Did you present Ground Four in all appeals that were available to you?

☐ Yes ☐ No

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not: Ground One has not been presented in any appeal because my appellate attorney did not raise it in my appeal.

**Request for Relief**

15. State exactly what you want the court to do: (1) issue the writ of habeas Corpus sought commanding Warden Gunther to present me before this court; (2) this Court conduct a hearing and inquiry into the cause of petitioner's detention; and (3) Following the hearing, petitioner be ordered discharged from the detention and restraint described in this application.

© 2008 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

**Declaration Under Penalty Of Perjury**

If you are incarcerated, on what date did you place this petition in the prison mail system: 12/12/22

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: 12/12/22

Robert Lewis Morgan
*Signature of Petitioner*

*Signature of Attorney or other authorized person, if any*

© 2008 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

13829

# * ATTACHMENT *

United States District Court
Middle District Of Florida
Ocala Division

Robert Lewis Morgan
v.
Warden, F.C.C. Coleman-Low

Civil Case No. T.B.A.
Crim. Case No. 16-cr-20652-RAR

## Petition For Writ Of Habeas Corpus
(28 U.S.C. §2241)

TO THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF FLORIDA:

The petition of Robert Lewis Morgan shows:

1. Petitioner makes this application for a writ of habeas corpus on the grounds that he is unlawfully detained and restrained of his liberty by Warden Gunther.

2. Petitioner is now in the custody of the respondent at F.C.C. Coleman-Low in Coleman, Florida.

3. The cause or pretext of petitioner's detention and restraint rests upon petitioners plea of guilty to violations of federal law.

4. This detention and restraint is unlawful because contrary to the provisions of Federal Rules of Criminal Procedure 11 and the United States Constitution, the petitioner's plea of guilty

was not "knowing and voluntarilly" given and was induced by his defense counsels' ineffective assistance during the criminal proceedings. In particular, counsel for the petitioner made no attempt to investigate into whether the petitioner "knowingly" committed the offenses of which he was charged and pleaded to.

5. Petitioner has exhausted all other remedies seeking relief from his detention including seeking compassionate release, pursueing all appeals of the detention order allowed under law, and seeking relief under 28 U.S.C. § 2255.

## Prayer

For the reasons stated, petitioner prays that:

A. This Court issue a writ of habeas corpus commanding Warden Gunther to produce the body of the petitioner before this court at a time and place to be specified in the writ;

B. This Court conduct a hearing and inquiry into the cause of the petitioner's detention; and

C. Following the hearing, petitioner be ordered discharged from the detention and restraint described in this application.

## Request for Hearing

Whereas, the petitioner has met his burden of alleging facts,

which if true, would entitle him to relief, this Court is required to hold an evidentiary hearing on this matter. See Anderson v. United States, 898 F.2d 751, 753 (9th Cir. 1990).

## Papers Submitted with Petition

This Petition is based on this document, the attached Memorandum of Law, the attached Affidavit of Robert Lewis Morgan, on all papers and pleadings on file in this action, and on whatever evidence and argument that may be allowed at the hearing on this petition.

Dated: 12/12/22

By: Robert Lewis Morgan